# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAVITRI SRIVASTAVA,<br><br>        Plaintiff,<br><br>   v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>        Defendant.<br>_____ / | CASE NO. 1:09-cv-00332-LJO-SMS<br><br>AMENDED ORDER ADOPTING FINDINGS AND RECOMMENDATIONS RECOMMENDING THE GRANT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AFFIRMING THE AGENCY'S DENIAL OF BENEFITS<br><br>(Docs. 17 and 20) |

     Plaintiff Savitri Srivastava sought judicial review of a final decision of the Commissioner of Social Security ("Commissioner") denying her application for disability insurance benefits under Title II of the Social Security Act (42 U.S.C. § 301 *et seq.*) (the "Act"). On February 16, 2010, Defendant moved for summary judgment affirming its denial of benefits. On November 4, 2010, the Magistrate Judge signed Findings and Recommendations recommending that this Court affirm the Commissioner's denial of disability insurance benefits to Plaintiff.

     The Findings and Recommendations were served on the parties and contained notice that any objections to the Findings and Recommendations were to be filed within thirty days. No party filed timely objections with the court, but Plaintiff served objections on Defendant's counsel on or about December 6, 2010. Doc. 23. Upon receiving a copy of the Court's prior order adopting findings and recommendations (Doc. 21), Defendant filed Plaintiff's objections with the Court.

     In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has reviewed

1  this case *de novo* and has considered Plaintiff's objections.  Having carefully reviewed the entire
2  file, the Court finds the Findings and Recommendations to be supported by the record and proper
3  legal analysis.
4      Accordingly, IT IS HEREBY ORDERED that the Findings and Recommendations, filed
5  November 4, 2010, are adopted in full, and Defendant's motion for summary judgment is
6  granted.

8  IT IS SO ORDERED.
9  **Dated:    December 13, 2010**                 /s/ Lawrence J. O'Neill
                                                   UNITED STATES DISTRICT JUDGE